JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON S. LEWIS,<br><br>        Petitioner,<br><br>    v.<br><br>United States of America,<br><br>        Respondent. | Case No. **CV 08-3116-JFW**<br>       **[CR 97-341-LGB]**<br><br>**JUDGMENT** |

    Pursuant to this Court's May 30, 2008 Order denying Petitioner Preston S. Lewis' Petition for Writ of Habeas Corpus under §2241 by person in federal custody,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

    The Clerk is ordered to enter this Judgment.

Dated: May 30, 2008                    _____
                                                JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE

(Rev. 2/22/07)